NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

**v.**

**EXPEDIA, INC.,**
*Defendant-Appellee,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee,*

AND

**AMERICAN AIRLINES, INC.,**
*Defendant-Appellee,*

AND

**ZAPPOS.COM, INC.,**
*Defendant-Appellee.*

---

2013-1520, 2014-1080

---

Appeals from the United States District Court for the District of Delaware in No. 11-CV-0313, Judge Sue L. Robinson.

----------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

**v.**

**AMAZON.COM, INC.,**
*Defendant-Appellee.*

————————————

2013-1521, 2014-1077

————————————

Appeals from the United States District Court for the District of Delaware in No. 12-CV-0140, Judge Sue L. Robinson.

----------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**BARNES & NOBLE, INC.**
*Defendant-Appellee.*

————————————

2013-1522, 2014-1090

————————————

Appeals from the United States District Court for the District of Delaware in No. 12-CV-0141, Judge Sue L. Robinson.

----------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.**
*Defendant-Appellee.*

————————————

2013-1523, 2014-1081

————————————

Appeals from the United States District Court for the District of Delaware in No. 12-CV-0142, Judge Sue L. Robinson.

————————————

Decided:  December 30, 2014

————————————


**THIS OPINION HAS BEEN ISSUED UNDER SEAL.**